MAY 26, 1989

No. 88–1207. G. K. C. MICHIGAN THEATRES, INC., ET AL. *v.* NATIONAL AMUSEMENTS, INC. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 53.

MAY 30, 1989

(See No. 88–6066, *ante*, p. 638.)

No. 87–1422. JUSTICE *v.* DENNIS. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Graham* v. *Connor*, *ante*, p. 386.

No. 87–6899. CALLWOOD *v.* QUESTEL ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hardin* v. *Straub*, *ante*, p. 536.

No. 88–1581. COUNTY OF LOS ANGELES ET AL. *v.* CABRALES. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Canton* v. *Harris*, 489 U. S. 378 (1989). JUSTICE MARSHALL and JUSTICE STEVENS dissent and would deny certiorari.

No. 88–5152. PEROTTI *v.* CARTY ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hardin* v. *Straub*, *ante*, p. 536.

No. 88–5213. GAVIN *v.* WELLS, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Maleng* v. *Cook*, *ante*, p. 488.